# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Applicant, | )<br>) Case No. |
| v. | )<br>) |
| NORTHWESTERN MUTUAL LIFE INSURANCE CO., | )<br>)<br>) |
| Respondent. | )<br>)<br>) |

## DECLARATION OF DISTRICT DIRECTOR

I, Amrith Kaur Aakre, solemnly state as follows:

1. I am the District Director of the Chicago District Office of the Equal Employment Opportunity Commission ("EEOC" or "Commission") and, in that role, I am responsible for the operations of the office, including the investigations of charges of employment discrimination.

2. The Chicago District Office is responsible for investigating charges that employers have engaged in employment practices made unlawful by Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII").

3. The Chicago District Office has jurisdiction over Illinois, Wisconsin, Minnesota, Iowa, South Dakota, and North Dakota.

4. Charging Party filed a Charge of Discrimination against Northwestern Mutual Life Insurance Co. ("Respondent") in Charge No. 443-2025-01752.

5. Respondent is a financial services company operating in Milwaukee, Wisconsin.

6. I state the following based on my personal examination of the file for Charge No. 443-2025-01752:

    a. On March 1, 2025, Charging Party filed a Charge of Discrimination, alleging that Respondent discriminated against him and others on the bases of sex, race, color and national origin in violation of Title VII, when Respondent allegedly enhanced its existing Diversity & Inclusion policy to focus on providing additional support and opportunities for women and people of color. (Attachment 1).

    b. Additionally, Charging Party alleges that he was retaliated against by Respondent when he complained of the aforementioned alleged discrimination. *Id.*

    c. That same day, EEOC served the Respondent with notice of the Charge. (Attachment 2).

    d. Respondent provided its Position Statement in response on May 2, 2025. (Attachment 3).

    e. On May 21, 2025, EEOC served via email and the EEOC Public Portal a request for information comprised of twenty-one requests. (Attachment 4).

        i. The information sought included documents related to the following categories:

            1. General corporate information (Requests 1-3);

            2. Personnel information of specific company employees including the Charging Party (Requests 4-7); and

3. Information about Respondent's Diversity, Equity, and Inclusion ("DEI") policies (Requests 8-21).

ii. EEOC also requested to interview Respondent's Vice President of Diversity and Inclusion to obtain information relating to Respondent's DEI policies and practices.

f. On June 4, 2025, Respondent provided minimal responses to the Commission's request for information, including largely duplicative information already submitted with its Position Statement, and refused to produce any material related to its DEI policies and programs. (Attachment 5).

7. On June 27, 2025, EEOC, as part of its investigation of the Charge, served Subpoena No. CHMK-2025-1, on Respondent. (Attachment 6). The subpoena sought information substantially similar to that requested in the request for information.

8. On July 3, 2025, Respondent filed a petition to revoke. (Attachment 7).

9. On September 4, 2025, the Commission issued a determination denying Respondent's position and ordering production of the requested information by October 6, 2025. (Attachment 8).

10. On October 6, 2025, Respondent replied to the Commission's determination, where it reiterated its objections and supplemented its response to Request 1. (Attachment 9).

Date: _____                                              _____

Amrith Kaur Aakre
District Director
Chicago District Office