ATTACHMENT 6

| EEOC Form 136 (11/09) | **UNITED STATES OF AMERICA** |
|---|---|

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# SUBPOENA

TO: Timothy J. Gerend  
Chairman, President, and Chief Executive Officer  
Northwestern Mutual  
720 East Wisconsin Ave.  
Milwaukee, Wisconsin 53202

NO. CHMK-2025-1

IN THE MATTER OF:  
Mark McNulty v  
Northwestern Mutual

Charge No. 443-2025-01752

Having failed to comply with previous request(s) made by or on behalf of the undersigned Commission official, YOU ARE HEREBY REQUIRED AND DIRECTED TO:

☒ Testify before:   ☐ Produce and bring   ☒ Mail/Upload the documents described below to:

☐ Produce access to the evidence described below for the purpose of examination or copying to:

Benjamin Lidholm, Investigator with the U. S. Equal Employment Opportunity Commission, located at

310 West Wisconsin Avenue, Suite 500, Milwaukee, WI 53203 on or before July 22, 2025.

The evidence required is:  
See attachment. All evidence shall be complete and unredacted.

In addition, the Commission requests to interview Amy Hanneman, Vice President of Diversity and Inclusion. The Commission requests she be made available for video interview on July 30, 2025, at 9:00am Central Time.

cc: Rebeca M. Lopez, Esq.  
Godfrey Kahn  
833 East Michigan Street, Suite 1800  
Milwaukee, Wisconsin 53202

☐ (ADA) 42 U.S.C. 12117(a)   ☒ (Title VII) 42 U.S.C. 2000e-9   ☐ (ADEA) 29 U.S.C. 626(a)   ☐ (EPA) 29 U.S.C.209   ☐ (GINA) 42 U.S.C. 2000ff-6

| ISSUING OFFICIAL (Typed name, title and address) | ON BEHALF OF THE COMMISSION | |
|---|---|---|
| Amrith Kaur Aakre, District Director  Equal Employment Opportunity Commission  JCK Federal Building  230 South Dearborn St., Suite 1866  Chicago, IL 60604 | *Amrith K. Aakre* | 06/27/2025 |
| | Signature | Date |

Subpoena No. CHMK-2025-1
Attachment to Subpoena

**Relevant period- January 1, 2020, to present**.

1. An electronic database[1] of employees in Respondent's Enterprise Compliance Department, and all employees with any compliance responsibility for Northwestern Mutual Investment Services, LLC, Northwestern Mutual Wealth Management Company, Northwestern Mutual Series Fund, including for each employee:
    a. Name
    b. Address
    c. Home phone number
    d. Cell phone number
    e. Email
    f. Current job title
    g. Any previous job titles during the relevant time period and the date placed in each such job
    h. Date of hire
    i. Date of separation and reasons for separation, if applicable
    j. Race
    k. Sex
    l. National origin

2. An organizational chart or other document sufficient to show the reporting hierarchy in Respondent's Enterprise Compliance Department and the reporting hierarchy for any employee with compliance responsibility for Northwestern Mutual Investment Services, LLC, Northwestern Mutual Wealth Management Company, Northwestern Mutual Series Fund, including documents sufficient to illustrate where the Enterprise AML Officer, Senior Directors and Vice President fit in the reporting hierarchy.

3. Job descriptions or other documents sufficient to show the responsibilities and selection criteria for the following positions: Department Head for Enterprise Compliance, Senior Directors in Compliance, NMIS CCO, and WMC CCO.

4. A copy of the personnel file for Charging Party, including all performance reviews.

5. A copy of the personnel file (excluding leave and benefits information) for the following employees, including documents sufficient to show the race, national origin, and sex of each employee: Jamie Pulsfus (Senior Director promoted to Vice President), Sarah Brach (Senior Director), Paula Storniolo (Senior Director); Jonathan Viard (Senior

---

[1] The term "electronic database" means an electronic file uploaded to the EEOC Respondent Portal, that consists of the records described above wherein the records are divided into fields separated by a delimiter and every record has the same sequence of fields. Acceptable file formats include MS Excel Files (.xls, .xlsx), MS Access database (.accdb, .mdb) comma separated values file (.csv), or comma delimited text file (.txt). (Contact the EEOC representative to discuss other acceptable file formats.) Image files (such as .pdf or .tiff files) and printed copies of the database do not satisfy this definition of an electronic database. If any codes are used in the database (e.g. "F" for "Female") provide in a separate electronic database the definition of all codes.

Director); Nicole Lund (Senior Director promoted to NMIS CCO); Jeff Schloemer (VP, promoted to WMO CCO); Mike Commey (Vice President); Laila Valters (decisionmaker on promotion); Ray Manista (Chief Legal and Public Affairs Officer); Rebecca Villegas (VP -Enterprise Compliance).

6. All of the feedback solicited or received regarding Charging Party, Nicole Lund, and Jeff Schloemer, including feedback from colleagues, direct reports and client constituents.

7. All interview notes, investigation materials, communications (including e- mail among the investigative personnel or management, with the Charging Party and with witnesses and decisionmakers), summaries, and analysis of Charging Party's complaints of discrimination including any documents reflecting any actions taken as a result of such complaints, including all documents related to Charging Party's complaints regarding a 2020 Career Distribution presentation and all documents or analysis that Respondent relied upon in sending its e-mail to Charging Party stating that "NM does not believe its Diversity & Inclusion goals are in violation of Title VII."

8. A copy of any affirmative action plans that exist or existed during the relevant period

9. Any documents showing any analysis that Respondent relied upon to develop its Diversity & Inclusion policies or programs, including any analysis that shows that Respondent had engaged in past discrimination or any other basis that Respondent believes supports favoring employees of a certain race, sex, national origin, or sexual orientation.

10. Any documents showing any complaints made to Respondent from any employee, contractor or other individual or any person or entity representing such individuals or speaking on behalf of them regarding Respondent's Diversity & Inclusion policies or training or any employment opportunity (including employee training, compensation or new business support) awarded or offered on the basis of diversity & inclusion.

11. Documents sufficient to show all training offered to any employees from January 2022 to the present where race, national origin, sex, or sexual orientation is any sort of criteria or consideration for participation including "Field Diversity & Inclusion Early Career Advisor Programs," which were described as follows in an email to Charging Party:

> Early Career Connections (Asian, Black, Hispanic, two or more races)
> Supplemental training and community-building curriculum for individuals who identify as Hispanic, Asian, Black/African American, or two or more races advisors. Includes both in-person events and virtual meetings featuring field experts with opportunities for Q&A.
>
> LGBTQ+ Study Group
> Professionally facilitated small group support for LGBTQ+ advisors with emphasis on increasing productivity and building community alongside access to experienced mentors working in LGBTQ+ markets.

> 3Rising Women Program
> Supplemental training and small group support for women advisors, focused on creating community, enhancing performance, and driving retention of women.

12. An electronic database of all the employees who participated in any of the training offered from January 2022 to the present where race, national origin, sex or sexual orientation was a criteria or consideration for participation including the "Field Diversity & Inclusion Early Career Advisor Programs," including for each employee who participated:
    a. Name
    b. Address
    c. Home phone number
    d. Cell phone number
    e. Email
    f. Current job title
    g. Any previous job titles during the relevant time period and the date placed in each such job
    h. Date of hire
    i. Date of separation and reasons for separation, if applicable
    j. Race
    k. National origin
    l. Sex
    m. Sexual orientation

13. Documents sufficient to identify any training comparable to the Field Diversity & Inclusion Early Career Advisor Programs taking place between January 2022 and the present that did not use race, national origin, sex or sexual orientation as a criteria or consideration for participation.

14. An electronic database of the employees who participated in any training taking place between January 2022 and the present comparable to the Field Diversity & Inclusion Early Career Advisors Program that did not use race, national origin, sex or sexual orientation as a criteria or consideration for participation including, for each employee, the following information:
    a. Name
    b. Address
    c. Home phone number
    d. Cell phone number
    e. Email
    f. Current job title
    g. Any previous job titles during the relevant time period and the date placed in each such job
    h. Date of hire
    i. Date of separation and reasons for separation, if applicable
    j. Race

k. National origin
l. Sex
m. Sexual orientation

15. Northwestern Mutual D&I Report and any other reports or summary documents dated between January 2022 and the present that consolidate information about diversity and inclusion at Respondent.

16. Documents that show the structure and function of Respondent's Sustained Action for Racial Equity Initiative (described in more detail here Our Commitment to Combat Racism and Inequality, a Message From Our CEO | Northwestern Mutual and here innv.northwesternmutual.com/blog/sare-generates-broad-impact-on-black-field-force-black-communities), including, for the period January 2022 to the present, documents that show Respondent's advisors who participated in the initiative (including documents that explain the role of former CEO John Schlifske and current CEO Tim Gerend), any accomplishments or reports from the initiative, the budget, and staffing and programs available to employees through the initiative, including SARE's Next Level Mentoring Program, which provides mentors to "emerging black talent."

17. Documents that relate to Respondent's strategy for "Pursuing Diversity & Inclusion as a Growth Strategy," including, for the period January 2022 to the present, all training provided to management or to Northwestern Mutual advisors regarding this strategy, and any documents that show Respondent's analysis of customer preference regarding working with advisors that share the same race, national origin, sex or sexual orientation of the customer, and any documents showing how Respondent responded to any such customer preference.

18. An electronic database of recipients of Respondent's Diversity & Inclusion Champion Award from January 2022 to the present and all documents showing the nomination and selection process including the criteria that are used to select the recipients, including for each recipient:
    a. Name
    b. Address
    c. Home phone number
    d. Cell phone number
    e. Email
    f. Current job title
    g. Any previous job titles during the relevant time period and the date placed in each such job
    h. Date of hire
    i. Date of separation and reasons for separation, if applicable
    j. Race
    k. National origin
    l. Sex

m. Sexual orientation
            n. Description of the basis for selection for the award
            o. Benefits received as a result of the award.

19. Documents sufficient to identify the performance management system and/or human resource information system used by Respondent from January 2022 to the present and the various metrics tracked by the system, including documents sufficient to identify the systems used by Respondent to track Diversity & Inclusion progress and goals.

20. An electronic database of each woman or person of color retained or promoted by any employee or manager for whom that employee or manager gets credit for or receives positive feedback in accord with Respondent's "Diversity & Inclusion People Leader Toolkit" attached to Respondent's position statement as Ex. 27, from January 2022 to the present, which provides goals with suggested metrics including "promoting and implementing the development and advancement of women and people of color." For each such woman or person of color, provide the following and all documents showing the feedback received:
    a. Name of employee promoted or retained
    b. Address
    c. Home phone number
    d. Cell phone number
    e. Email
    f. Current job title
    g. Any previous job titles during the relevant time period and the date placed in each such job
    h. Date of hire
    i. Date of separation and reasons for separation, if applicable
    j. Race
    k. National origin
    l. Sex
    m. The names, race, national origin, sex and job titles of the other employees who applied for the promotion or opportunity that the employee identified in sub-part a received.

21. An electronic database listing each employee who received positive feedback, from January 2022 to the present, for sponsoring a "woman or a person of color who is not already on your team for promotion/new role/opportunity or increas[ing] their visibility with a special project that is reflected in their performance plan" in accord with Respondent's "Diversity & Inclusion People Leader Toolkit" attached to Respondent's position statement as Ex. 27, which provides goals with suggested metrics. For each such employee, provide the following information and all documents showing the feedback:
    a. Name of employee who received the positive feedback
    b. Address

c. Home phone number
d. Cell phone number
e. Email
f. Current job title
g. Any previous job titles during the relevant time period and the date placed in each such job
h. Date of hire
i. Date of separation and reasons for separation, if applicable
j. Race
k. National origin
l. Sex
m. The names of the employee who was sponsored, and their race, national origin, sex and job title.